M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 FEB 14  A II: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

David Lee Smith )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )          CIVIL ACTION NO. 3:20-CV-104-ALB-JTA
 )          (To be supplied by Clerk of U.S. District
Circle K Corp, )          Court)
Owner of Circle K )
All big white male /w/Pony )
tail, B glasses, All Night )
Shift worker of )
171 E. Glenn Ave /Gay St corner )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.     PREVIOUS LAWSUITS

A.     Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

B.     Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C.     If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to this previous lawsuit:

Plaintiff (s) _____ N/A _____

_____

Defendant(s) _____ None _____

_____

2.     Court (if federal court, name the district; if state court, name the county)

_____ N/A _____

3. Docket number ___ None ___

4. Name of judge to whom case was assigned ___ None ___

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) ___ N/A ___

6. Approximate date of filing lawsuit ___

7. Approximate date of disposition ___

II. PLACE OF PRESENT CONFINEMENT _Lee County Justice Center, 300 Pod_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _The Circle K 171 E. Glenn Ave, Cay St, Auburn, Ala 36830_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
| --- | --- |
| 1. Circle K Corp. | 171 E. Glenn Ave, Auburn AL. 36830 |
| 2. Owner of Circle K / own indr. Capasity. | |
| 3. All Bigger white male w/ pony tail & glasses | |
| 4. Worke there 4-5 years /all of nightshift | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _unkhow but Three day later Recieved Bar letter from Auburn Police Dept. at Walhre Huse on Gay St._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Racial Descrimination (Predjudice) Slander / Mental Abuse (suffer PTSD)_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Bipolar Dissorder, Paranoia, Skitsoaffected, Insomnia, Seziures, & also Type II Diabetes.

GROUND TWO: Mentally & verbally abusive to a Mental patient. Judged based on assumption & not facts.

SUPPORTING FACTS: Dovid Lee Smith w/ one other black male entered Circle k Late August or September night & was attacked By manager verbally infront of 7-10 Customers making him fear for his life. Also assaulting other Bustomers w/o cause.

GROUND THREE: Suffer from flasnbacks (PTSD) due to being targeted & how I was mistreaded.

SUPPORTING FACTS: Cruel & unusual punishment due to being free at the time. Victim feels all constitutinal rights were Violated. Also publicly humiliated & feel life has been threatend by Auburn Police due to signing a Bar letter w/o probable Cause.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Grant a settlement of 100.thousand $ for all customers to be treated equally $ not judged because of looks or skin color. Been a customer for 30+ years $ never had a problem before.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/13/2020  .
                (Date)

_____
Signature of plaintiff(s)

Hi, im David Lee Smith I did not do my own paper work on this law suit. I am iliterate and need lawyer help.

My address is:

David Lee Smith
Lee county Justica
center
2311 Gateway Dr.
Opelika Al 36801

David Lee Smith
400 Pod - 413
Lee county Justice Center
2311 Gateway Dr.
Opelika, Ala 36801

MONTGOMERY
AL 360
13 FEB '20
PM 3 L

FOREVER
USA

Barn Swallow

office of The clerk

To: United States District court
one church st. suite B-110
Montgomery, Ala 36104 -
4018

36104-401801