IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:20-cv-104-ECM |
| ) | |
| CIRCLE K CORP., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION and ORDER**

On July 30, 2020, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to prosecute this action and comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 24th day of August, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE